IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jacobs, Rebecca A

Printed: 10/22/08

Case Number: 08 B 16234
Judge: Wedoff, Eugene R
Filed: 6/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 4, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Auto Financing | Secured | 1,506.00 | 0.00 |
| 2. | Receivables Management Inc | Unsecured | 75.00 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 60.17 | 0.00 |
| 4. | Sprint Nextel | Unsecured | 47.39 | 0.00 |
| 5. | Target National Bank | Unsecured | 31.20 | 0.00 |
| 6. | GMAC Auto Financing | Unsecured | 0.03 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 53.39 | 0.00 |
| 8. | Cook County Treasurer | Secured | | No Claim Filed |
| 9. | Collect America | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Circuit City | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | City of Chicago Heights | Unsecured | | No Claim Filed |
| 15. | Ferell Ins | Unsecured | | No Claim Filed |
| 16. | Midtown Dental Clinic | Unsecured | | No Claim Filed |
| 17. | Village Of Olympia Fields | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
|  |  |  | $ 1,773.18 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jacobs, Rebecca A

Printed: 10/22/08

Case Number:  08 B 16234
Judge:  Wedoff, Eugene R
Filed:  6/24/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

